B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tifco Enterprises, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Polar Insulation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3694924** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**511 South Hwy 71**<br>**Wewahitchka, FL**<br><div align=right>ZIP Code **32465**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Bay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tifco Enterprises, Inc** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____

            (Name of landlord that obtained judgment)

            _____

            (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Tifco Enterprises, Inc** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Charles M. Wynn**
_____
Signature of Attorney for Debtor(s)

   **Charles M. Wynn 0241695**
Printed Name of Attorney for Debtor(s)

   **Charles Wynn Law Offices, P.A.**
Firm Name
   **P. O. Box 146**
   **Marianna, FL 32447-0147**

_____
Address

          **Email: court@wynnlaw-fl.com**
   **(850) 526-3520  Fax: (850) 526-5210**
Telephone Number

   **December 30, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jesus A. (Tony)  Muina**
_____
Signature of Authorized Individual
   **Jesus A. (Tony)  Muina**
Printed Name of Authorized Individual
   **President**
Title of Authorized Individual
   **December 30, 2014**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Tifco Enterprises, Inc** _____
                                    Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | **materials bought for business - card is in personal name** | | **26,080.69** |
| **Ameris fka Prosperity Bank**<br>**PO Box 609**<br>**Port Saint Joe, FL 32457** | **Ameris fka Prosperity Bank**<br>**PO Box 609**<br>**Port Saint Joe, FL 32457** | **this debt was transferred to Ameris Bank Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website -** | **Disputed** | **40,000.00**<br>**(333,249.00 secured)**<br>**(299,169.76 senior lien)** |
| **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | **credit card used for materials** | | **5,173.25** |
| **Capital City Bank**<br>**PO Box 900**<br>**Tallahassee, FL 32302** | **Capital City Bank**<br>**PO Box 900**<br>**Tallahassee, FL 32302** | **1999 International Truck - lien has been satisfied; debt remains on credit report.** | **Disputed** | **3,000.00** |
| **Capital City Bank**<br>**PO Box 900**<br>**Tallahassee, FL 32302** | **Capital City Bank**<br>**PO Box 900**<br>**Tallahassee, FL 32302** | **2000 Chevrolet Truck; debt has been satisfied but remains on credit report.** | **Disputed** | **6,500.00** |
| **Demilec USA**<br>**3315 East Division Street**<br>**Arlington, TX 76011** | **Demilec USA**<br>**3315 East Division Street**<br>**Arlington, TX 76011** | **supplies - IN 123 844** | | **15,913.29** |
| **GACO Western**<br>**200 West Mercer Street, Ste 202**<br>**Seattle, WA 98119** | **GACO Western**<br>**200 West Mercer Street, Ste 202**<br>**Seattle, WA 98119** | **material** | | **240,230.42** |
| **GB Collects, LLC**<br>**145 Bradford Drive**<br>**West Berlin, NJ 08091** | **GB Collects, LLC**<br>**145 Bradford Drive**<br>**West Berlin, NJ 08091** | **for RSUI GRoup, Inc** | | **500.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Tifco Enterprises, Inc**                      Case No. _____

                        **Debtor(s)**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Gulf County Tax Collector, Shirley Jenki 1000 Costin Blvd. Rm. 147 Port Saint Joe, FL 32456** | **Gulf County Tax Collector, Shirley Jenki 1000 Costin Blvd. Rm. 147 Port Saint Joe, FL 32456** | **Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website** | | **6,388.97 (333,249.00 secured) (339,169.76 senior lien)** |
| **Hanson Directory Services c/o Randall & Richards 5151 East Broadway Boulevard, Suite 800 Tucson, AZ 85711** | **Hanson Directory Services c/o Randall & Richards 5151 East Broadway Boulevard, Suite 800 Tucson, AZ 85711** | **debt collector** | | **8,353.51** |
| **Icynene 438 Main Street, Ste 100 Buffalo, NY 14202-3207** | **Icynene 438 Main Street, Ste 100 Buffalo, NY 14202-3207** | **materials** | | **97,790.00** |
| **Insulation Distributors, Inc 8303 Audobon Road Chanhassen, MN 55317-9494** | **Insulation Distributors, Inc 8303 Audobon Road Chanhassen, MN 55317-9494** | **Appraised by Mallory Appraisals: - Office - Older computer, broken computers, parts - 30; refrigerator, top freezer - 25; desk, 3 chairs, table, file** | | **11,053.55 (1,351.00 secured)** |
| **LaPolla 15402 Vantage Parkway East #322 Houston, TX 77032** | **LaPolla 15402 Vantage Parkway East #322 Houston, TX 77032** | **material** | | **118,321.56** |
| **ONDeck 1400 Broadway, 25th Floor New York, NY 10018** | **ONDeck 1400 Broadway, 25th Floor New York, NY 10018** | **Loan # 49687290106175; accounts receivable** | | **22,147.90 (0.00 secured)** |
| **Pitney Bowes c/o Caine & Weiner PO Box 5010 Woodland Hills, CA 91365-5010** | **Pitney Bowes c/o Caine & Weiner PO Box 5010 Woodland Hills, CA 91365-5010** | **Disputed debt; account was settled with a debt collector.** | **Disputed** | **1,085.98** |
| **Sherwin Williams Accounts Receivables Dept 102 Trade Circle West Port Saint Joe, FL 32456** | **Sherwin Williams Accounts Receivables Dept 102 Trade Circle West Port Saint Joe, FL 32456** | **materials** | | **13,950.86** |
| **Southern Ideal Doors 1685 Boggs Road, Ste 100 Duluth, GA 30096** | **Southern Ideal Doors 1685 Boggs Road, Ste 100 Duluth, GA 30096** | **material** | | **7,043.43** |
| **Strategic Value Media 8700 Indian Creek Parkway, Ste 300 Overland Park, KS 66210** | **Strategic Value Media 8700 Indian Creek Parkway, Ste 300 Overland Park, KS 66210** | **2013 Building Conference Edition of the Florida Home Builder Invoice # - 3038949** | | **350.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Tifco Enterprises, Inc**                                         Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ThermaSeal, USA**<br>**P. O. Box 1182**<br>**New Canaan, CT 06840** | **ThermaSeal, USA**<br>**P. O. Box 1182**<br>**New Canaan, CT 06840** | **Spray foam insulation** | | **30,000.00**<br><br>**(0.00 secured)** |
| **Wayne Dalton**<br>**PO Box 740702**<br>**Atlanta, GA 30374-0702** | **Wayne Dalton**<br>**PO Box 740702**<br>**Atlanta, GA 30374-0702** | **material** | | **17,933.58**<br><br>**(0.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **December 30, 2014**                         Signature    **/s/ Jesus A. (Tony)  Muina**
                                                                    **Jesus A. (Tony)  Muina**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Tifco Enterprises, Inc**                                      ,          Case No. _____
                                                            Debtor

                                                                          Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 333,249.00 | | |
| B - Personal Property | Yes | 6 | 229,099.36 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 531,412.43 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 544,292.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 562,348.36 | | |
| Total Liabilities | | | | 1,075,705.42 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Florida

In re    **Tifco Enterprises, Inc** _____,     Case No. _____

                             Debtor

                                                                 Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Tifco Enterprises, Inc**                             ,     Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website** | **Fee simple** | - | 333,249.00 | 345,558.73 |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | 333,249.00 | (Total of this page) | |
| | Total > | 333,249.00 | | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Tifco Enterprises, Inc**                                                          Case No. _____
_____ ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Centennial Bank checking account ending in 7401 balance as of 11/30/14 is $10,414.91; account garnished by CEMEX | - | 10,414.91 |
| | | Ameris Bank checking account ending in 2501 balance as of 11/28/14 is $793.73 | - | 793.73 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **11,208.64** |
| (Total of this page) | |

___5___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Tifco Enterprises, Inc**                                                          ,   Case No. _____
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Current: $8975.00<br>1-30 days: $36,841.37<br>31-60 days: $7,588.11<br>61-90 days: $400.00<br>over 90 days: $51,356.24 | - | 105,160.72 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **105,160.72**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Tifco Enterprises, Inc_____,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Right to recover preferential transfer by CEMEX due to levy on corporate checking account within 90 days of filing the Petition For Relief. Amount list is approximation.** | - | 6,800.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Appraised by Mallory Appraisals:** <br><br> **30' gooseneck trailer with foam insulation rig. The equipment and interior of the trailer has been damaged due to fire. The air dryers still works, but most of the equipment is not workind and demaged beyond repair. Valued at salvage value only.** | - | 5,500.00 |
| | | **Appraised by Mallory Appraisals:** <br><br> **2005 Chevrolet, 3500 HD work truck, flatbed, odometer 105,566 , good running condition** | - | 7,229.00 |
| | | **Appraised by Mallory Appraisals:** <br><br> **2008 Chevrolet 3500HD 4 door crew cab, odometer 216,809, interior poor condition** | - | 6,386.00 |
| | | **Appraised by Mallory Appraisals:** <br><br> **Early 90's cargo box truck, 20' not in running condition, used only for storage. Salvage value** | - | 400.00 |
| | | **Appraised by Mallory Appraisals:** <br><br> **1996 Isuzu, 14' box cargo truck, motor is blown, poor condition, salvage value only** | - | 400.00 |

Sub-Total >     26,715.00
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Tifco Enterprises, Inc**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Appraised by Mallory Appraisals: | - | 1,162.00 |
| | | 2004 extended cab work truck, odometer 250,000, 4 door, replaced engine and transmission, running | | |
| | | Appraised by Mallory Appraisals: | - | 1,900.00 |
| | | Thompson Caterpillar older, 2220 hours, working | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Appraised by Mallory Appraisals: - Office - Older computer, broken computers, parts - 30; refrigerator, top freezer - 25; desk, 3 chairs, table, file cabinet - 64; dell vostro computer 2012 - 60; desk, credenza, file cabinet, chairs - 82; four, 4 drawer file cabinets - 48; credenza, HP office jet printer, table 2 drawer file cabinet - 55; Bizhub 180 copy machine, AD504 - 153; miscellaneous supplies - 25; manometer, blower door fan, retrotec - 330; gas fireplace with mantle and surround - 242; desk, credenza, small side cabinet, file cabinet - 72; dell monitor, HP computer tower - 24; HP color lazer p;rinter 2605 DN - 29; desk chair, compaq monitor and HP tower PC - 31; miscellaneous pictures - 34; stool, vacuum, chair, silk tree - 33; fan, lamp - 14 | - | 1,351.00 |

Sub-Total >     **4,413.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Tifco Enterprises, Inc** _____ ,   Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **All items pledged as collateral to Apalachee Regional Planning Council:** | - | 77,300.00 |
| | | **1998 International Truck Vin # 1HTSCABM1WH529038 - Apalachee Regional Planning Council has a lien as of 6/27/13 - UCC 201206687027 ($2,580.00 valued by Mallory - Debtor anticipates replace value for a similar vehicle would be $12,000.00)** **2001 Chevy Vin # 1GCCS145018246150 - box truck - does not run - motor blown - Apalachee Regional Planning Council has a lien as of 6/27/13 - UCC 201206687027 ($300.00 valued by Debtor)** **2005 Chevy Vin # 1GCEK14T05Z261738 - truck that Tony drives - UCC 201206687027 ($849.00 valued by appraiser; Debtor anticipates it is worth $5,000)** **Unit below was valued at $27,500.00 but the Debtor believes it would have a replacement value of approximately $60,000.00)** **Generator - SDMO John Deere-Serial #J40UC2M09006416** **Compressor Model #5Z0639B; Serial #L6/14/04-00014** **Trailer - Arising Industries Model #824VTRB** **Proportioners - GRACO E-30 Serial #A1336** **Proportioners - GRACO E-30 Serial #A1507** **2) 210 Hose sections** **2) P-2 Guns** | | |
| | | **Appraised by Mallory Appraisals - Warehouse Items: Star insulation blowing machine, commercial vaccum, Capital - 135; marathon compressor, not working - 74; garage door surplus rails, door tracks, struts, panels, spring bars, door equipment, salvage value only - 20; vinyl coated shelves 12' long - 423; E30 reactor, Graco spray foam machine, working - 1900; miscellaneous scaffolding, chemicals, miscellaneous fiberglass - 25; polystyrene baffles - 10; fiberglass bals, blo in , 90 bags - 492; bags of blow in cellulose - 200; fiberglass insulation , 100 bags - 730; compressor, not working, scrap value - 25; Graco, magnum Pro X9 spray machine, not working - 15; thermal barrier foam polyurethane, 6 buckets - 150; cardboard baffles - 2; miscellaneous net, hoses, ladders - 52; metal cabinet, 2 door - 10; miscelleaneous pipe, gas logs, supplies - 39** | - | 4,302.00 |
| 30. Inventory. | X | | | |

|  | | Sub-Total > | 81,602.00 |
|---|---|---|---|
|  | | (Total of this page) | |

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Tifco Enterprises, Inc**                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Total >                229,099.36

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Tifco Enterprises, Inc** , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxx184-1** <br><br> **Ameris Bank** <br> **PO Box 3668** <br> **Moultrie, GA 31776** | | | | | 1/9/2008 <br><br> **Purchase Money Security** <br><br> **line of credit- debt has been paid in full** | | | X | | |
| | | | | | Value $               **0.00** | | | | **31,644.14** | **0.00** |
| Account No. <br><br> **Ameris Bank** <br> **PO Box 3668** <br> **Moultrie, GA 31776** | | | - | | **Security Agreement** <br><br> **Current:  $8975.00** <br> **1-30 days: $36,841.37** <br> **31-60 days: $7,588.11** <br> **61-90 days: $400.00** <br> **over 90 days: $51,356.24** | | | | | |
| | | | | | Value $           **105,160.72** | | | | **0.00** | **0.00** |
| Account No. **xxxxxxx183-1** <br><br> **Ameris Bank formerly Prosperity Bank** <br> **PO Box 3668** <br> **Moultrie, GA 31776** | | | - | | 1/9/08 <br><br> **Mortgage** <br><br> **Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website** | | | | | |
| | | | | | Value $           **333,249.00** | | | | **299,169.76** | **0.00** |
| Account No. <br><br> **Ameris fka Prosperity Bank** <br> **PO Box 609** <br> **Port Saint Joe, FL 32457** | | | - | | 1/9/08 <br> **Second mortgage line of credit** <br> **this debt was transferred to Ameris Bank Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website - Line of credit** | | | X | | |
| | | | | | Value $           **333,249.00** | | | | **40,000.00** | **5,920.76** |

**3** continuation sheets attached

Subtotal (Total of this page)   **370,813.90**   **5,920.76**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Tifco Enterprises, Inc_____,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | 4/26/2012 Security Agreement All items pledged as collateral to Apalachee Regional Planning Council: 1998 International Truck Vin # 1HTSCABM1WH529038 - Apalachee Regional Planning Council has a lien as of 6/27/13 - UCC 201206687027 | | | | | |
| Apalachee Regional Planning Council 20776 Central Avenue East, Suite 1 Blountstown, FL 32424 | | | | - | | | | | | |
| | | | | | Value $    77,300.00 | | | | 73,074.53 | 0.00 |
| Account No. | | | | | 2014 Real Propery Taxes Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website | | | | | |
| Gulf County Tax Collector, Shirley Jenki 1000 Costin Blvd. Rm. 147 Port Saint Joe, FL 32456 | | | | - | | | | | | |
| | | | | | Value $    333,249.00 | | | | 6,388.97 | 6,388.97 |
| Account No. | | | | | 6/8/10 Mortgage Debtor states this mortgage was satisfied - looking for paperwork - Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website; credit report shows | | | | | |
| Insulation Distributors, Inc 8303 Audobon Road Chanhassen, MN 55317-9494 | | | | - | | | X | | | |
| | | | | | Value $    0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | 4/12/12 Mortgage Debtor states this mortgage was satisfied - looking for paperwork Real property located at 507 Hwy 71, Wewahitchka, FL - Gulf County. Value from property appraiser's website; credit report shows $61,689.12; OR BOOK 520 | | | | | |
| Insulation Distributors, Inc 8303 Audobon Road Chanhassen, MN 55317-9494 | | | | - | | | X | | | |
| | | | | | Value $    0.00 | | | | 0.00 | 0.00 |
| Account No. TIFCFL | | | | | Security Agreement Appraised by Mallory Appraisals: - Office - Older computer, broken computers, parts - 30; refrigerator, top freezer - 25; desk, 3 chairs, table, file cabinet - 64; dell vostro computer 2012 - 60; desk, credenza, file cabinet, chairs - 82; f | | | | | |
| Insulation Distributors, Inc 8303 Audobon Road Chanhassen, MN 55317-9494 | | | | - | | | | | | |
| | | | | | Value $    1,351.00 | | | | 11,053.55 | 9,702.55 |

Sheet _1___ of _3___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 90,517.05 | 16,091.52 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Tifco Enterprises, Inc**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Agreement | | | | | |
| **Insulation Distributors, Inc** **8303 Audobon Road** **Chanhassen, MN 55317-9494** | - | | **Current: $8975.00** **1-30 days: $36,841.37** **31-60 days: $7,588.11** **61-90 days: $400.00** **over 90 days: $51,356.24** | | | | | |
| | | | Value $             105,160.72 | | | | 0.00 | 0.00 |
| Account No. | | | Security Agreement | | | | | |
| **ONDeck** **1400 Broadway, 25th Floor** **New York, NY 10018** | - | | Loan # 49687290106175;  accounts receivable | | | | | |
| | | | Value $             0.00 | | | | 22,147.90 | 22,147.90 |
| Account No. | | | Security Agreement | | | | | |
| **ONDeck** **1400 Broadway, 25th Floor** **New York, NY 10018** | - | | **Current: $8975.00** **1-30 days: $36,841.37** **31-60 days: $7,588.11** **61-90 days: $400.00** **over 90 days: $51,356.24** | | | | | |
| | | | Value $             105,160.72 | | | | 0.00 | 0.00 |
| Account No. | | | 2/28/2013 | | | | | |
| **Prosperity Bank** **1009 Southpark Blvd** **Saint Augustine, FL 32086-5189** | - | | UCC Filing 201308514598 UCC Filing 201308514598 - assigned to Ameris Bank | | | X | | |
| | | | Value $             Unknown | | | | Unknown | Unknown |
| Account No. | | | monthly | | | | | |
| **ThermaSeal, USA** **P. O. Box 1182** **New Canaan, CT 06840** | - | | Security interest Spray foam insulation | | | | | |
| | | | Value $             0.00 | | | | 30,000.00 | 30,000.00 |

Sheet    **2**    of    **3**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          | 52,147.90 | 52,147.90 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Tifco Enterprises, Inc**                                        ,      Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.   812394 | | | | | | | | | | |
| | | | | | material | | | | | |
| **Wayne Dalton** **PO Box 740702** **Atlanta, GA 30374-0702** | - | | | | | | | | | |
| | | | | | Value $           0.00 | | | | 17,933.58 | 17,933.58 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 17,933.58 | 17,933.58 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 531,412.43 | 92,093.76 |

B6E (Official Form 6E) (4/13)

.

In re   **Tifco Enterprises, Inc**                       ,      Case No. _____

                                **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

           **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Tifco Enterprises, Inc** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxL200** <br><br> **ABC Amega Inc** <br> **1100 Main Street** <br> **Buffalo, NY 14209-2536** | | - | | | collection agency for Icynene Corp | | | | 0.00 |
| Account No. **x-x4000** <br><br> **American Express** <br> PO Box 650448 <br> Dallas, TX 75265-0448 | | - | | | materials bought for business - card is in personal name | | | | 26,080.69 |
| Account No. <br><br> **Bank of America** <br> PO Box 4568 <br> Federal Way, WA 98063-4568 | | - | | | 7/27/2010 <br> UCC 201002931884 - Debt has been satisfied. | | | X | Unknown |
| Account No. **xxxx-6756** <br><br> **Bank of America** <br> PO Box 982238 <br> El Paso, TX 79998-2238 | | - | | | credit card used for materials | | | | 5,173.25 |

|  |  |
|---|---|
| __4__ continuation sheets attached | Subtotal (Total of this page)      31,253.94 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tifco Enterprises, Inc**                                    ,    Case No. _____
                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | 1999 International Truck - lien has been satisfied; debt remains on credit report. | | | X | |
| **Capital City Bank** **PO Box 900** **Tallahassee, FL 32302** | | | | | | | | | |
| | | | | | | | | | 3,000.00 |
| Account No. | | | - | | 2000 Chevrolet Truck; debt has been satisfied but remains on credit report. | | | X | |
| **Capital City Bank** **PO Box 900** **Tallahassee, FL 32302** | | | | | | | | | |
| | | | | | | | | | 6,500.00 |
| Account No. | | | - | | Attorneys in Cemex Construction lawsuit - Case No.: 2013-CA-12792-O - judgment is satisfied. | | | X | |
| **Cemex Construction** **c/o Winderweedle, Haines, Ward & Woodman** **PO Box 1391** **Orlando, FL 32802-1391** | | | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | - | | Attorney for Chaka Dixon in lawsuit - Case No.: 2014CA001704 | | | X | |
| **Chaka Monchere Dixon, individually** **c/o Lutz, Bobo & Telfair, PA** **One Sarasota Tower, Suite 500** **Two North Tamiami Trail** **Sarasota, FL 34236** | | | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | - | | 10/16/2012 UCC 201207720354 - representative for OnDeck | | | X | |
| **Corporation Service Company** **PO Box 2576** **Springfield, IL 62708-2576** | | | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Tifco Enterprises, Inc**                                      ,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> CT Lien Solutions <br> PO Box 29071 <br> Glendale, CA 91209-9071 | - | | UCC 201002931884 - filed on 7/27/2010. Debtor does not owe this company at this time. | | | | 0.00 |
| Account No. <br><br> Demilec USA <br> 3315 East Division Street <br> Arlington, TX 76011 | - | | supplies - IN 123 844 | | | | 15,913.29 |
| Account No. <br><br> GACO Western <br> 200 West Mercer Street, Ste 202 <br> Seattle, WA 98119 | - | | material | | | | 240,230.42 |
| Account No. <br><br> GACO Western <br> c/o Nelson & Johnson, PLLC <br> 1700 7th Ave, Ste 2210 <br> Seattle, WA 98101-4415 | - | | Attorneys for GACO Western in lawsuit - Case No.:  14-2-15921-8 SEA | | | | Unknown |
| Account No. xxxxx2012 <br><br> GB Collects, LLC <br> 145 Bradford Drive <br> West Berlin, NJ 08091 | - | | for RSUI GRoup, Inc | | | | 500.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     256,643.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Tifco Enterprises, Inc**_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx3609** | | | | | debt collector | | | | |
| **Hanson Directory Services c/o Randall & Richards 5151 East Broadway Boulevard, Suite 800 Tucson, AZ 85711** | | - | | | | | | | 8,353.51 |
| Account No. | | | | | materials | | | | |
| **Icynene 438 Main Street, Ste 100 Buffalo, NY 14202-3207** | | - | | | | | | | 97,790.00 |
| Account No. | | | | | 5/17/10 UCC 015274859 - there is no outstanding debt. | | | X | |
| **Insulation Distributors, Inc 8303 Audobon Road Chanhassen, MN 55317-9494** | | | | | | | | | Unknown |
| Account No. | | | | | took out a loan against his personal home for the benefit of the business | | | | |
| **Jesus Tony Muina 511 South Hwy 71 Wewahitchka, FL 32465** | | - | | | | | | | Unknown |
| Account No. | | | | | material | | | | |
| **LaPolla 15402 Vantage Parkway East #322 Houston, TX 77032** | | - | | | | | | | 118,321.56 |

Sheet no. __3__ of __4__ sheets attached to Schedule of     Subtotal     224,465.07
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tifco Enterprises, Inc**                                              ,   Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1803** <br><br> **Pitney Bowes** <br> **c/o Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA 91365-5010** | - | | Disputed debt; account was settled with a debt collector. | | | X | 1,085.98 |
| Account No. **xxxx-x744-2** <br><br> **Sherwin Williams** <br> **Accounts Receivables Dept** <br> **102 Trade Circle West** <br> **Port Saint Joe, FL 32456** | - | | 2014 materials | | | | 13,950.86 |
| Account No. <br><br> **Southern Ideal Doors** <br> **1685 Boggs Road, Ste 100** <br> **Duluth, GA 30096** | - | | 2014 material | | | | 7,043.43 |
| Account No. <br><br> **St. Denis & Davey** <br> **1300 Riverplace Blvd, Ste 401** <br> **Jacksonville, FL 32207** | - | | Attorney for Debtor in lawsuit with Dixon - Case No.:  2014CA001705 | | | | Unknown |
| Account No. <br><br> **Strategic Value Media** <br> **8700 Indian Creek Parkway, Ste 300** <br> **Overland Park, KS 66210** | - | | 2013 Building Conference Edition of the Florida Home Builder Invoice # - 3038949 | | | | 350.00 |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 22,430.27 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 544,292.99 |

B6G (Official Form 6G) (12/07)

.

In re   **Tifco Enterprises, Inc**                                          ,     Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Calhoun Gulf County Farm Bureau**<br>**513 S Hwy 71**<br>**Wewahitchka, FL 32465** | **Debtor is the landlord and receives $600/month which will increase by $50/month each year until the contract ends on 2/1/17** |
| **Glory Hair Care and Salon**<br>**515 S. Hwy 71**<br>**Wewahitchka, FL 32465** | **Debtor is the landlord and receives $750/month until the lease expires on 12/31/16** |
| **Polar Insulation**<br>**511 S Hwy 71**<br>**Wewahitchka, FL 32465** | **Debtor is the landlord and receives $1000/month until the lease expires on 12/31/16** |
| **Subway of Wewahitchka #17786, LLC**<br>**507 S Hwy 71**<br>**Wewahitchka, FL 32465** | **Debtor is the Landlord for Subway and receives $1,000/month  until 6/30/2017 at which time the rent increases to $1,100/month until the lease expires on 6/30/2019** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Tifco Enterprises, Inc**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Tifco Enterprises, Inc**                                      Case No.

                                                Debtor(s)         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**21**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 30, 2014**                Signature    **/s/ Jesus A. (Tony)  Muina**
                                                          **Jesus A. (Tony)  Muina**
                                                          **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Florida

In re  __Tifco Enterprises, Inc__                                    Case No. _____
                                    Debtor(s)                     Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $-243,697.00 | 2012 Tax Return |
| $-360,538.00 | 2013 Tax Return |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■
*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■
    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■
    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐
    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Cemex Construction Materials vs Tifco Enterprises Case No.:  2013-CA-12792-O** | **Civil** | **Orange County, Court** | **Final Judgment entered on 9/23/14** |
| **Gaco Western, LLC vs Jesus Anthony Muina, Tifco Enterprises, Inc a foreign corporation and or dba Polar Foam Insulation Case NO:  14-2-15921-8SEA** | **complaint for monies owed for breach of contract and upon personal guaranty** | **State of Washington King County** | **pending** |
| **Chaka Monchere Dixon vs Tifco Enterprises, Inc et al Case No.:  2014CA001704** | **Civil** | **Escambia County Circuit Court, FL** | **pending** |

None
☐
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cemex Construction**<br>**c/o Winderweedle, Haines, Ward & Woodman**<br>**PO Box 1391**<br>**Orlando, FL 32802-1391** | **11/5/2014** | **Seized all corporate accounts with approximately $6800.00.** |

#### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None  
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Charles Wynn Law Offices, P.A.<br>P. O. Box 146<br>Marianna, FL 32447-0147** | **8/19/14-December, 2014** | **$10,000.00 plus costs of<br>$5,862.00** |

**10.  Other transfers**

None  
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None  
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None  
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None  
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14.  Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Tifco Enterprises, Inc** | 4924 | **dba Polar Insulation 511 S Hwy 71 Wewahitchka, FL 32465** | **installation of insulation products, garage doors and closet shelving** | |

None
☐

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Tifco Enterprises, Inc** | **dba Polar Insulation 511 S Hwy 71 Wewahitchka, FL 32465** |

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Vivian Stokes** | **January 2008 - April 2014** |
| **Gloria Wood** | **April 2014 - present** |

None
☐

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Gretchen Franco** | **507 N. Arnold Road Panama City Beach, FL 32413** | **2012 and 2013** |

B7 (Official Form 7) (04/13)
7

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jesus A. (Tony) Muina**<br>**511 S Hwy 71**<br>**Wewahitchka, FL 32465** | **President** | **100% owner** |
| **Sean S. Bierman**<br>**511 S Hwy 71**<br>**Wewahitchka, FL 32465** | **Vice President** | **no ownership - just officer** |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                      DATE OF TERMINATION

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 30, 2014**        Signature  **/s/ Jesus A. (Tony)  Muina**
                                               **Jesus A. (Tony)  Muina**
                                               **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Florida

In re    **Tifco Enterprises, Inc**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 30, 2014**

**/s/ Charles M. Wynn**
**Charles M. Wynn**
**Charles Wynn Law Offices, P.A.**
**P. O. Box 146**
**Marianna, FL 32447-0147**
**(850) 526-3520  Fax: (850) 526-5210**
**court@wynnlaw-fl.com**

# United States Bankruptcy Court
## Northern District of Florida

In re     **Tifco Enterprises, Inc**                           ,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jesus Antonio Muina**<br>**511 South Hwy 71**<br>**Wewahitchka, FL 32465** | **Common share** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**December 30, 2014**_____      Signature **/s/ Jesus A. (Tony)  Muina** _____

                                               **Jesus A. (Tony)  Muina**
                                               **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

  **0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Florida

In re  **Tifco Enterprises, Inc** _____   Case No. _____
                                    Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **December 30, 2014** _____   **/s/ Jesus A. (Tony)  Muina** _____
                                              **Jesus A. (Tony)  Muina**/**President**
                                              Signer/Title

ABC Amega Inc
1100 Main Street
Buffalo, NY 14209-2536

Calhoun Gulf County Farm Bureau
513 S Hwy 71
Wewahitchka, FL 32465

Demilec USA
3315 East Division Street
Arlington, TX 76011

American Express
PO Box 650448
Dallas, TX 75265-0448

Capital City Bank
PO Box 900
Tallahassee, FL 32302

Fresh View Solutions
10865 Grandview Drive, Ste 2000
Overland Park, KS 66210

Ameris Bank
PO Box 3668
Moultrie, GA 31776

Capital City Bank
PO Box 900
Tallahassee, FL 32302

GACO Western
200 West Mercer Street, Ste 202
Seattle, WA 98119

Ameris Bank
PO Box 3668
Moultrie, GA 31776

Cemex
PO Box 905875
Charlotte, NC 28290

GACO Western
c/o Nelson & Johnson, PLLC
1700 7th Ave, Ste 2210
Seattle, WA 98101-4415

Ameris Bank formerly Prosperity Bank
PO Box 3668
Moultrie, GA 31776

Cemex Construction
c/o Winderweedle, Haines, Ward & Woodman
PO Box 1391
Orlando, FL 32802-1391

GB Collects, LLC
145 Bradford Drive
West Berlin, NJ 08091

Ameris fka Prosperity Bank
PO Box 609
Port Saint Joe, FL 32457

Chaka Monchere Dixon   mother for 4 minor
c/o Lutz, Bobo & Telfair, PA
One Sarasota Tower, Suite 500
Two North Tamiami Trail
Sarasota, FL 34236

Glory Hair Care and Salon
515 S. Hwy 71
Wewahitchka, FL 32465

Apalachee Regional Planning Council
20776 Central Avenue East, Suite 1
Blountstown, FL 32424

Chaka Monchere Dixon, individually
c/o Lutz, Bobo & Telfair, PA
One Sarasota Tower, Suite 500
Two North Tamiami Trail
Sarasota, FL 34236

Gulf County Tax Collector, Shirley Je
1000 Costin Blvd. Rm. 147
Port Saint Joe, FL 32456

Bank of America
PO Box 4568
Federal Way, WA 98063-4568

Corporation Service Company
PO Box 2576
Springfield, IL 62708-2576

Hanson Directory Services
c/o Randall & Richards
5151 East Broadway Boulevard, Ste 80
Tucson, AZ 85711

Bank of America
PO Box 982238
El Paso, TX 79998-2238

CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

Icynene
438 Main Street, Ste 100
Buffalo, NY 14202-3207

Insulation Distributors, Inc
8303 Audobon Road
Chanhassen, MN 55317-9494

ONDeck
1400 Broadway, 25th Floor
New York, NY 10018

Strategic Value Media
8700 Indian Creek Parkway, Ste 30
Overland Park, KS 66210

Insulation Distributors, Inc
8303 Audobon Road
Chanhassen, MN 55317-9494

OnDeck
c/o Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Subway of Wewahitchka #17786, LL
507 S Hwy 71
Wewahitchka, FL 32465

Insulation Distributors, Inc
8303 Audobon Road
Chanhassen, MN 55317-9494

OnDeck
c/o Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

ThermaSeal, USA
P. O. Box 1182
New Canaan, CT 06840

Insulation Distributors, Inc
8303 Audobon Road
Chanhassen, MN 55317-9494

Pitney Bowes
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Wayne Dalton
PO Box 740702
Atlanta, GA 30374-0702

Insulation Distributors, Inc
8303 Audobon Road
Chanhassen, MN 55317-9494

Polar Insulation
511 S Hwy 71
Wewahitchka, FL 32465

Jesus Antonio Muina
511 South Hwy 71
Wewahitchka, FL 32465

Prosperity Bank
1009 Southpark Blvd
Saint Augustine, FL 32086-5189

Jesus Tony Muina
511 South Hwy 71
Wewahitchka, FL 32465

Sherwin Williams
Accounts Receivables Dept
102 Trade Circle West
Port Saint Joe, FL 32456

LaPolla
15402 Vantage Parkway East #322
Houston, TX 77032

Southern Ideal Doors
1685 Boggs Road, Ste 100
Duluth, GA 30096

ONDeck
1400 Broadway, 25th Floor
New York, NY 10018

St. Denis & Davey
1300 Riverplace Blvd, Ste 401
Jacksonville, FL 32207

# United States Bankruptcy Court
## Northern District of Florida

In re   **Tifco Enterprises, Inc**_____    Case No. _____
                                          Debtor(s)    Chapter    **11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Tifco Enterprises, Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 30, 2014_____     **/s/ Charles M. Wynn**_____
Date                                  **Charles M. Wynn**
                                      Signature of Attorney or Litigant
                                      Counsel for   **Tifco Enterprises, Inc**_____
                                      **Charles Wynn Law Offices, P.A.**
                                      **P. O. Box 146**
                                      **Marianna, FL 32447-0147**
                                      **(850) 526-3520 Fax:(850) 526-5210**
                                      **court@wynnlaw-fl.com**